UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANDREA VELASQUEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>MARTIN O' MALLEY,[1]<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 5:23-cv-1251-DTB<br><br><br>**J U D G M E N T** |

  In accordance with the Order Affirming Decision of Commissioner filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: May 31, 2024

                _____
                DAVID T. BRISTOW
                United States Magistrate Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).